BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CRUZ-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                        )<br>                     Plaintiff,           )<br>                                                        )<br> vs.                                                  )<br>                                                        )<br> JOSE CRUZ-HERNANDEZ,               )<br>                                                        )<br>                     Defendant.       )<br> _____) | CR-09-00696 JF/<br>No. ~~CR-09-00686 JF /~~ CR-04-20007 JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING<br>HEARING |

## STIPULATION

The parties hereby stipulate and agree that the sentencing hearing currently scheduled for Wednesday, December 9, 2009, may be continued to Wednesday, December 16, 2009, at 9:00 a.m.  The reason for the requested continuance is that counsel for the government will be out of the district on the currently scheduled date.  The United States Probation Office has been consulted as to the requested continuance and has no opposition.

Dated: December 2, 2009

                                                              s/_____
                                                              GARY FRY for STEVEN SEITZ
                                                              Assistant United States Attorney

Stipulation and [Proposed] Order Continuing
Sentencing Hearing
                                                              1

Dated: November 30, 2009

                                                                                                           s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently scheduled for Wednesday, December 9, 2009, shall be continued to Wednesday, December 16, 2009 at 9:00 a.m.

Dated: December 8, 2009

_____
HON. JEREMY FOGEL
United States District Judge

Stipulation and [Proposed] Order Continuing
Sentencing Hearing

2